# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY DUTTA,** | **Case No: 2:13-CV-00523-JAM-EFB** |
| PLAINTIFF, | |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION  WITH PREJUDICE** |
| **CMRE FINANCIAL SERVICES, INC.,** | |
| DEFENDANTS. | **HON.  JOHN A. MENDEZ** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.


Dated: 3/17/2015                     /s/ John A. Mendez_____

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE